① 　　　　　　　**08 CR　　515**　　　TC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?　**NO X**　YES ☐　If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

　　**NO X**　　YES ☐　　If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?　　**NO X**　YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
　　**NO X**　　YES ☐　If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?　　**NO X**　YES ☐

6) What level of offense is this indictment or information?　　**FELONY X**　　MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?　　NO ☐　　**YES X**

8) Does this indictment or information include a conspiracy count?　　**NO X**　YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ... (II) | **X** Other Fraud... (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery..... (II) | ☐ Auto Theft ............... (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ................. (III) | ☐ Motor Carrier Act ........... (IV) |
| ☐ Burglary ........... (IV) | ☐ Counterfeiting ........... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ............. (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement.... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement. ... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.　　**JUDGE DOW**

Title 18, United States Code, Sections 1001, 1341, 1343 and 1346

　　　　　　　　　　　　　　　　　　　　_Kaarina Salovaara_
　　　　　　　　　　　　　　　　　　　　KAARINA SALOVAARA
**FILED**　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　(312) 353-8880

(Revised 12/99)　　JUN 2 6 2008　TC　　　　　**MAGISTRATE JUDGE VALDEZ**
　　　　　　　　June 26, 2008
　　　　　　　MICHAEL W. DOBBINS
　　　　　CLERK, U.S. DISTRICT COURT