# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 GJ 1772 | DATE | JUNE 26, 2008 |
| CASE TITLE | US v. ROBERT J. WEINSTEIN | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL JUNE 2007 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____ Arlander Keys _____

---

DOCKET ENTRY:

**08 CR 515**  JUDGE DOW

MAGISTRATE JUDGE VALDEZ

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**

JUN 26 2008  TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

---

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | |
|---|---|---|---|
| ☐ No notices required, advised in open court. | | | Number of notices |
| ☐ No notices required. | | | Date docketed |
| ☐ Notices mailed by judge's staff. | | | Docketing dpty. initials |
| ☐ Notified counsel by telephone. | | | |
| ☐ Docketing to mail notices | | | Date mailed notice |
| ☐ Mail AO 450 form. | | | |
| ☐ Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | DOCKET# |