UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 515 |
| v. | ) | |
| | ) | Honorable Maria Valdez |
| ROBERT J. WEINSTEIN | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:  /s/ William R. Hogan, Jr.
**William R. Hogan, Jr.**
Assistant U.S. Attorney
312-886-4185

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

## ATTORNEY DESIGNATION

was, on July 1, 2008 served pursuant to the district court's ECF system as to ECF filers

By:   /s/ William R. Hogan, Jr.
**William R. Hogan, Jr.**
Assistant U.S. Attorney
312-886-4185