**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                             Case No.: 1:08−cr−00515
                                                               Honorable Ruben Castillo

Robert J Weinstein

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

     MINUTE entry before the Honorable Maria Valdez: Minute entry dated 7/1/08 [9] is hereby vacated. Pursuant to Executive Committee Order dated 6/30/08 [7], the Arraignment set before Judge Valdez for 7/3/08 at 10:00 a.m. is hereby stricken. New date for arraignment will be set before Judge Castillo. Mailed notice Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.