# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 515 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Robert J. Weinstein | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held on 7/16/2008. Defendant appeared, waived formal reading of the indictment, and entered a plea of not guilty to all counts. Rule 16.1 conference to be held on or before 7/30/2008. Any pretrial motions to be filed on or before 9/2/2008. Status hearing set for 9/3/2008 at 9:30 a.m. Defendant's presence is waived at the next status hearing. From today's date until 9/3/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). (X-E and X-T).

Docketing to mail notices.

00:10

FILED 2008 JUL 16 AM 11:53
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|