IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No: 08 CR 515 |
| ) | |
| v. ) | Judge Ruben Castillo |
| ) | |
| ROBERT J. WEINSTEIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT ROBERT WEINSTEIN'S NOTICE OF MOTION

TO:   Kaarina Salovaara
      William Hogan
      Assistant U.S. Attorneys
      U.S. Attorney's Office
      219 South Dearborn St., 5th Floor
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE, that on Wednesday, September 3, 2008 at 9:45 a.m., we shall appear before Judge Castillo in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT ROBERT WEINSTEIN'S MOTION TO FILE UNDER SEAL,** a copy of which are hereby served upon you.

Dated: August 29, 2008                Respectfully submitted,

                                      ROBERT J. WEINSTEIN


                                      By:   /s/ Vincent Connelly
                                            One of his attorneys

Vincent Connelly
Sarah Streicker
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600