IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|     Plaintiff,           ) | |
|                                 ) | Case No:  08 CR 515 |
| v.                              ) | |
|                                 ) | Judge Ruben Castillo |
| ROBERT J. WEINSTEIN,            ) | |
|                                 ) | |
|     Defendant.           ) | |
|                                 ) | |

### **DEFENDANT ROBERT WEINSTEIN'S NOTICE OF MOTION**

TO:    Kaarina Salovaara
         William Hogan
         Assistant U.S. Attorneys
         U.S. Attorney's Office
         219 South Dearborn St., 5th Floor
         Chicago, Illinois 60604

      PLEASE TAKE NOTICE, that on Wednesday, September 3, 2008 at 9:45 a.m., we shall appear before Judge Castillo in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT ROBERT WEINSTEIN'S MOTION FOR IMMEDIATE DISCLOSURE OF EXCULPATORY AND IMPEACHMENT EVIDENT and DEFENDANT ROBERT WEINSTEIN'S MOTION FOR PRODUCTION OF AGENTS' NOTES,** copies of which are hereby served upon you.

Dated:  August 29, 2008                    Respectfully submitted,

                                                ROBERT J. WEINSTEIN


                                                By:    /s/ Vincent Connelly
                                                       One of his attorneys

Vincent Connelly
Sarah Streicker
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
(312) 782-0600