Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 515 | **DATE** | 9/3/2008 |
| **CASE TITLE** | United States of America vs. Robert J. Weinstein | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/3/2008 and continued to 10/8/2008 at 9:30 a.m. Defendant's motion to file exhibit B to his motion for immediate disclosure of exculpatory and impeachment evidence and motion for production of agents' notes [15] is granted. Enter Order to File Under Seal. Government's response to defendant's motion for immediate disclosure of exculpatory and impeachment evidence [17] and defendant's motion for production of agents' notes [18] is due on or before 9/17/2008. Defendant's replies will be due on or before 10/1/2008. The Court will rule on 10/8/2008 at 9:30 a.m. From today's date until 10/8/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). (X-E and X-T).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

FILED
2008 SEP -3 PM 2:33
CLERK U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|