

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 08 CR 515 ) ) Judge Ruben Castillo |
| ROBERT J. WEINSTEIN, | ) ) |
| Defendant. | ) ) ) |

### ORDER TO FILE UNDER SEAL

Based on the motion of Defendant Robert J. Weinstein to file under seal Exhibit B to his Motion for Immediate Disclosure of Exculpatory and Impeachment Evidence and his Motion for Production of Agents' Notes, IT IS HEREBY ORDERED Defendant's motion is granted.

Exhibit B to Defendant Weinstein's Motions for Immediate Disclosure of Exculpatory and Impeachment Evidence and Production of Agents' Notes is restricted pursuant to Local Rule 26.2. At the conclusion of the case, the document will be disposed of pursuant to Local Rule 26.2(g).

So ordered this 29th day of August, 2008.

BY THE COURT:

RUBEN CASTILLO
United States District Judge